# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00836-CR

**William Henry Zientek, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE COUNTY COURT OF MILAM COUNTY
### NO. CR31073, HONORABLE DAVID L. BARKEMEYER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

A jury found appellant William Henry Zientek guilty of the misdemeanor offense of driving while intoxicated, and the trial court assessed a $1,500 fine as punishment. Zientek filed a pro se notice of appeal from the trial court's judgment, but has now filed a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:  July 19, 2013

Do Not Publish